

**GRANTED**

*L. Montgomery*

**District Court Judge**
*DATE OF ORDER INDICATED ON ATTACHMENT*

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 Sixth St.<br>P.O. Box 4249<br>Boulder, Colorado 80306<br>Telephone: 303-441-3750 | **EFILED Document**<br>CO Boulder County District Court 20th JD<br>Filing Date: Jul 7 2011 1:57PM MDT<br>Filing ID: 38564578<br>Review Clerk: N/A |
| Plaintiff: PATRICIA WRIGHT fka PATRCIA CRITCHFIELD<br><br>v.<br><br>Defendant: THE HARTFORD , THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP INC, TWIN CITY FIRE INSURANCE COMPANY and THE WARRANTY GROUP, L.L.C, also known as TWG HOLDING, L.L.C | ▲ COURT USE ONLY ▲ |
| *Attorney for Plaintiff:*<br>John G. Taussig, III, Esq.<br>Taussig Law Firm, LLC<br>5377 Manhattan Circle, Suite 204<br>Boulder, Colorado 80303<br>Phone No.: 303-443-2700<br>Facsimile No.: 303-448-9600<br>E-mail: jt@johntaussig.com<br>Atty. Reg. #: 13496 | Case No. 2011CV341<br>Div. 3 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE RETURN OF SERVICE

COMES NOW Patricia Wright (hereinafter "Plaintiff") by and through her attorney of record, John G. Taussig, III, Esq. of the Taussig Law Firm, LLC, and hereby moves this Court for an additional forty-five (45) days to file the Returns of Service. In support thereof, Plaintiff states as follows:

1.  Plaintiff's cause of action arises from the handling of a workers' compensation claim resulting from a fall while working on October 3, 2007.

2.  Plaintiff filed the Complaint on April 1, 2011, in order to preserve the statute of limitations.

3. Plaintiff respectfully requests an additional forty-five (45) days within which to complete her investigation, accomplish service of process on the Defendants, and to file the appropriate returns of service.

4. This request is not sought as a means of delay, and granting the relief sought herein will be of no prejudice to any party or to the Court's docket.

5. The relief sough herein is appropriate under C.R.C.P. 6(b)(1).

WHEREFORE, Plaintiff requests an additional forty-five (45) days within which to accomplish service of process of Defendants, and to file the appropriate returns of service.

DATED this 1st day of July, 2011.

Respectfully submitted:

_____
John G. Taussig, III, Esq.      #13496

**ATTORNEY FOR PLAINTIFF**

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|--|--|
| **Court:** | CO Boulder County District Court 20th JD |
| **Judge:** | Lael Elisabeth Montgomery |
| **Alternate Judge:** | Lisa D Hamilton-Fieldman |
| **File & Serve Transaction ID:** | 38487446 |
| **Current Date:** | Jul 07, 2011 |
| **Case Number:** | 2011CV341 |
| **Case Name:** | WRIGHT, PATRICIA vs. THE HARTFORD et al |
| **Court Authorizer:** | Lael Elisabeth Montgomery |

**/s/ Judge Lael Elisabeth Montgomery**