

**GRANTED**

*[signature: L. Montgomery]*

**District Court Judge**
*DATE OF ORDER INDICATED ON ATTACHMENT*

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 Sixth St.<br>P.O. Box 4249<br>Boulder, Colorado 80306<br>Telephone: 303-441-3750 | **EFILED Document**<br>**CO Boulder County District Court 20th JD**<br>**Filing Date: Aug 25 2011 11:33AM MDT**<br>**Filing ID: 39486524**<br>**Review Clerk: N/A** |
| Plaintiff: PATRICIA WRIGHT fka PATRCIA CRITCHFIELD<br><br>v.<br><br>Defendant: THE HARTFORD , THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP INC. TWIN CITY FIRE INSURANCE COMPANY and THE WARRANTY GROUP, L.L.C, also known as TWG HOLDING, L.L.C | ▲ COURT USE ONLY ▲ |
| *Attorney for Plaintiff:*<br>John G. Taussig, III, Esq.<br>Taussig Law Firm, LLC<br>5377 Manhattan Circle, Suite 204<br>Boulder, Colorado 80303<br>Phone No.: 303-443-2700<br>Facsimile No.: 303-448-9600<br>E-mail: jt@johntaussig.com<br>Atty. Reg. #: 13496 | Case No. 2011CV341<br>Div. 3 |

## PLAINTIFFF'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE RETURNS OF SERVICE

COMES NOW the Plaintiff, Patricia Wright (hereinafter "Plaintiff") by and through her attorney of record, John G. Taussig, III, Esq. of the Taussig Law Firm, LLC, and hereby moves this Court for an additional thirty (30) days to accomplish service on the Defendants and to file the appropriate Returns of Service. In support thereof, Plaintiff states as follows:

1. Plaintiff's cause of action arises from the handling of a workers' compensation claim resulting from a fall while working on October 3, 2007.

2. Plaintiff filed the Complaint on April 1, 2011, in order to preserve the statute of limitations.

3. As of this date, and due to the various complex disputes which have arisen throughout the process, Plaintiff's worker's compensation case is still pending. Plaintiff would appreciate an extension of time so that she may resolve as many issues as possible still standing in the worker's compensation matter, and complete her investigation in the instant case.

4. Plaintiff respectfully requests an additional thirty (30) days within which to accomplish service of process on the Defendants, and to file the appropriate returns of service.

5. This request is not sought as a means of delay, and granting the relief sought herein will be of no prejudice to any party or to the Court's docket.

6. The relief sought herein is appropriate under C.R.C.P. 6(b)(1).

WHEREFORE, Plaintiff requests an additional thirty (30) days within which to accomplish service of process of Defendants, and to file the appropriate returns of service.

DATED this 15st day of August, 2011.

Respectfully submitted:

_____
John G. Taussig, III, Esq.     #13496

**ATTORNEY FOR PLAINTIFF**

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Boulder County District Court 20th JD |
| **Judge:** | Lael Elisabeth Montgomery |
| **Alternate Judge:** | Lisa D Hamilton-Fieldman |
| **File & Serve Transaction ID:** | 39283349 |
| **Current Date:** | Aug 25, 2011 |
| **Case Number:** | 2011CV341 |
| **Case Name:** | WRIGHT, PATRICIA vs. THE HARTFORD et al |
| **Court Authorizer:** | Lael Elisabeth Montgomery |

**/s/ Judge Lael Elisabeth Montgomery**