| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, COLORADO**<br><br>1777 Sixth St.<br>P.O. Box 4249<br>Boulder, CO 80306<br>(303) 441-3750 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Nov 30 2011 10:41AM MST<br>Filing ID: 41143932<br>Review Clerk: N/A |
| **Plaintiff:**<br><br>PATRICIA WRIGHT fka PATRICIA CRITCHFIELD;<br><br>v.<br><br>**Defendant:**<br><br>THE HARTFORD, THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, THE HARTFORD FINANCIAL SERVICES GROUP INC., TWIN CITY FIRE INSURANCE COMPANY and THE WARRANTY GROUP, L.L.C., aka TWG HOLDING, L.L.C. | ▲   **COURT USE ONLY**   ▲<br><br>Case No. 2011cv341<br><br>Division          Ctrm: |
| Michael D. Alper (Atty Reg #34133)<br>Kenneth E. Stalzer (Atty Reg. #42896)<br>Wheeler Trigg O'Donnell LLP<br>1801 California Street, Suite 3600<br>Denver, Colorado 80202<br>(303) 244-1800 telephone<br>(303) 244-1879 Facsimile<br>alper@wtotrial.com<br>stalzer@wtotrial.com | |

**ORDER GRANTING TWIN CITY FIRE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO ANSWER (COLO. R. CIV. P. 12(a))**

THIS MATTER comes before the Court upon the motion of Twin City Fire Insurance Company ("Twin City") for a 21-day extension of the existing deadlines for all defendants to answer (Colo. R. Civ. P. 12(a)), to and including December 19, 2011; and the Court, being fully advised,

HEREBY ORDERS that all Defendants are granted a 21-day extension of existing deadlines to answer (Colo. R. Civ. P. 12(a)), to and including December 19, 2011.

Dated this 28th day of November, 2011.

_____
District Court Judge