IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

THE HARTFORD,
THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
THE HARTFORD FINANCIAL SERVICES GROUP INC.,
TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend the Complaint** [Docket No. 39; Filed April 19, 2012] (the "Motion"). The Motion was not timely filed; however, in its discretion, the Court will accept the Motion for resolution. [#38] (setting deadline for amendment of pleadings at April 18, 2012; the Motion was filed at 12:28 a.m. MST on April 19, 2012). Plaintiff is warned that any untimely future filing shall be automatically rejected.

    Plaintiff's filing of the proposed Amended Complaint is intended to resolve the issues raised in Defendants' pending Amended Motion to Dismiss [#22]. [#39] at 2-3. At the time that Plaintiff filed her Response [#27] to the Amended Motion to Dismiss, Defendants were not opposed to the filing of an Amended Complaint. *Id.* at 2.

    IT IS HEREBY **ORDERED** that, pursuant to Fed. R. Civ. P. 15(a)(2), the Motion is **GRANTED**. The Clerk of Court is directed to enter the Amended Complaint located at Docket No. 39-1.

    IT IS FURTHER **ORDERED** that **Defendants' Amended Motion to Dismiss** [#22] is **DENIED AS MOOT**. *E.g., Schwartz v. Booker*, No. 09-cv-00915-WJM-KMT, 2011 WL 2560016, at *2 (D. Colo. June 28, 2011) ("the Motion to Dismiss is mooted by the filing of the Amended Complaint" (citation omitted)). Defendants shall respond to the Amended Complaint on or before **May 4, 2012**.

    Dated: April 19, 2012