IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

THE HARTFORD,
THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
THE HARTFORD FINANCIAL SERVICES GROUP INC.,
TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Order to Show Cause** issued April 19, 2012 [#43], **Defendants' Notice Regarding Jurisdiction in Response to Order to Show Cause** [Docket No. 44; Filed April 24, 2012], and **Plaintiff's Response to the Order to Show Cause (Doc. No. 43)** [Docket No. 48; Filed April 27, 2012].

    IT IS HEREBY **ORDERED** that **Plaintiff's Unopposed Motion to Accept Filing One Day Out of Time** [Docket No. 47; Filed April 27, 2012] (the "Motion") is **GRANTED**. Plaintiff's Response [#48] is accepted as timely filed.

    IT IS FURTHER **ORDERED** that **Plaintiff's Unopposed Motion to Accept Filing One Day Out of Time** [Docket No. 46; Filed April 27, 2012] is **DENIED AS MOOT**.

    IT IS FURTHER **ORDERED** that the obligations stated in the Order to Show Cause [#43] are **DISCHARGED**. The Court is satisfied that it may exercise subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332, for the reasons stated in Defendants' Notice of Removal. See [#1].

    In light of the Amended Complaint [#41] which dropped Plaintiff's ERISA claim,

1

IT IS FURTHER **ORDERED** that the Administrative Record [#36] is **REJECTED** as moot, and the Scheduling Order premised on Plaintiff's ERISA claim entered January 31, 2012 [#26] is **VACATED**.

IT IS FURTHER **ORDERED** that a Scheduling Conference is set for **July 3, 2012**, at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **June 28, 2012**. All other provisions of the Order Setting Scheduling/Planning Conference issued December 9, 2011 [#16] remain in effect.

Dated:  April 30, 2012