IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

THE HARTFORD,
THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
THE HARTFORD FINANCIAL SERVICES GROUP INC.,
TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Notice of Rule 41(a)(1)(A)(i) Voluntary Dismissal of Defendants The Hartford, The Hartford Financial Services Group, Inc., and Hartford Life and Accident Insurance Company [Docket No. 53; Filed May 11, 2012]. Accordingly,

    IT IS HEREBY **ORDERED** that Defendants The Hartford, The Hartford Financial Services Group, Inc., and Hartford Life and Accident Insurance Company are **DISMISSED WITH PREJUDICE** from this action, each party to bear its own fees and costs. The caption is hereby amended to reflect the same.

    Dated: May 11, 2012

                                                        BY THE COURT:

                                                        Kristen L. Mix
                                                        United States Magistrate Judge