IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Submit Surreply to Reply in Support of Motion for Determination of Amount of Attorneys' Fees and Costs** [Docket No. 74; Filed on August 30, 2012] (the "Motion"). Plaintiff seeks leave to submit a surreply to address matters raised in the reply but not presented in the original motion. Absent any opposition,

    IT IS HEREBY **ORDERED** that the Motion [#74] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Plaintiff's surreply must be filed **on or before September 7, 2012.**

    Dated:  August 30, 2012