IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

     Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendants' Unopposed Motion to Modify Scheduling Order to Extend Expert Disclosure and Rebuttal Deadlines** [Docket No. 80; Filed January 4, 2013] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#80] is **GRANTED**.  The Scheduling Order entered on July 3, 2012 [#67] is modified to extend the following deadlines:

- Affirmative Expert Designation Deadline     **February 11, 2013**
- Rebuttal Expert Designation Deadline     **March 18, 2013**

     Dated:  January 6, 2013