IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Continue Trial and Amend Case Management Order** [Docket No. 86; Filed February 22, 2013] (the "Motion"). A five-day jury trial is set for June 10, 2013 in this matter. Plaintiff requests that the trial be re-set to six to twelve months from now and that the dates in the scheduling order be modified. Plaintiff represents that Defendants do not oppose the relief requested.

    IT IS HEREBY **ORDERED** that the Motion [#86] is **GRANTED**. The jury trial set to begin on June 10, 2013 is **VACATED**.

    IT IS FURTHER **ORDERED** that the Final Pretrial/Trial Preparation Conference set for May 28, 2013 is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall confer and submit a joint proposed amended scheduling order on or before **March 5, 2013**, including proposed trial dates.

    Dated: February 26, 2013