IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend the Amended Scheduling Order (Doc. 90)** [Docket No. 96; Filed May 31, 2013] (the "Motion"). In the Motion the parties request adjustment of the deadlines set in the Amended Scheduling Order [#90] because "the new trial date is eighteen (18) weeks following the trial date previously proposed by the parties." *Motion* [#96] at 1. However, the Court notes that the new trial date, April 21, 2014, is only ten weeks later than the initial trial date, February 10, 2014. Therefore, the Court will entertain no more than a ten week adjustment to the dates in the Amended Scheduling Order [#90]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#96] is **DENIED without prejudice**.

    Dated:  May 31, 2013