IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Reconsider the Joint Motion to Amend the Amended Scheduling Order (Doc. 90)** [Docket No. 98; Filed May 31, 2013] (the "Motion"). In the Motion, the parties request entry of a proposed Scheduling Order [96-1] which sets the Dispositive Motions Deadline at February 7, 2014. The Court will not enter a Scheduling Order that includes a Dispositive Motions Deadline that will result in dispositive motions being fully briefed less than 60 days prior to the start of trial. If the parties wish to file a motion attaching a proposed Scheduling Order that includes a Dispositive Motions Deadline that results in dispositive motions being fully briefed at least 60 days prior to April 21, 2014, they may do so. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#98] is **DENIED without prejudice**.

    Dated: June 4, 2013