IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Second Joint Motion to Reconsider the Motion to Amend the Amended Scheduling Order (Doc. 90)** [Docket No. 100; Filed June 10, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#100] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Second Amended Scheduling Order [#100-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: June 11, 2013