**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, LLC, also known as TWG HOLDING, LLC,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [#119] of U.S. Magistrate Judge Kristen L. Mix entered on December 3, 2013 it is

    ORDERED that Defendants' Motion for Entry of Final Judgment Against Plaintiff and her Attorneys on the Court's Order Awarding Attorneys' Fees and Costs [#104] is GRANTED.  It is further

    ORDERED that FINAL JUDGMENT shall enter in the amount $25,610.14 in favor of Defendants and jointly and severally against Plaintiff and Taussig & Taussig, P.C., plus interest at the rate of <u>0.15%</u> as provided for by 28 U.S.C. § 1961 accruing from February 12, 2013.

    Dated at Denver, Colorado this 5th day of December, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk