IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03181-KLM

PATRICIA WRIGHT, formerly known as Patricia Critchfield,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, and
THE WARRANTY GROUP, L.L.C., also known as TWG Holding, L.L.C.,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend the Second Amended Scheduling Order (Doc. 104) and Reschedule the Trial Preparation Conference** [#123][1] (the "Motion"). In the Motion, the parties ask the Court to (1) reset the Final Pretrial Conference/Trial Preparation Conference from January 27, 2014 to "sometime during the week of March 24 or March 31, 2014" and (2) extend the discovery deadline from January 27, 2014 to February 28, 2014. The parties do not address the January 10, 2014 dispositive motions deadline.

    While the parties may not anticipate needing to adjust the dispositive motions deadline, the Court reminds the parties that, as it explained in its June 4, 2013 Minute Order, "[t]he Court will not enter a Scheduling Order that includes a Dispositive Motions Deadline that will result in dispositive motions being fully briefed less than 60 days prior to the start of trial." *Minute Order* [#99] at 1. Accordingly, while the Court will grant the relief requested in the Motion, the parties are advised that should they file a motion requesting an adjustment of the dispositive motions deadline, they should expect adjustment of the trial dates.

    IT IS HEREBY **ORDERED** that the Motion [#123] is **GRANTED**. The Second Amended Scheduling Order entered on June 11, 2013 [#103] is amended to extend the

---

[1] "[#123]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

following deadline:

- Discovery Deadline                                                **February 28, 2014**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference/Trial Preparation Conference set for January 27, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **April 2, 2014** at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **March 25, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  December 12, 2013